IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS BOWMAN, <br> Reg. No. 70857-019 <br><br> Petitioner, <br><br> v. <br><br> WALTER J. WOOD, SR., <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:19-CV-1041-WHA <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On February 14, 2020, the Magistrate Judge entered a Recommendation (Doc. #4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Petitioner's failure to file necessary financial information as ordered by this court.

A separate Final Judgment will be entered.

DONE this 6th day of March, 2020.

                                                /s/ W. Harold Albritton
                                       SENIOR UNITED STATES DISTRICT JUDGE